# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

8 October 2007

131546

HASTINGS MUTUAL INSURANCE COMPANY,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Defendant-Appellee/
      Cross-Appellant,

and

LISA FEINBLOOM and DAVID FEINBLOOM,
      Defendants.
_____

SC: 131546
COA: 265621
Oakland CC: 04-056508-CK

On order of the Court, leave to appeal having been granted and this case having been briefed and argued by counsel, the order of May 23, 2007 which granted leave to appeal is VACATED and leave to appeal is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

Clerk